Gomez v Fremont
2026 NY Slip Op 03507
June 4, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

Aquiles Gomez, Plaintiff-Respondent,
v
Eddy Fremont et al., Defendants-Appellants, Baker, McEvoy & Moskovits, Nonparty Appellant.

Decided and Entered: June 04, 2026
Index No. 23727/19|Appeal No. 6813|Case No. 2025-01612|
Before: Scarpulla, J.P., Shulman, O'neill Levy, Chan, JJ.

Marjorie E. Bornes, Freeport, for appellants.

[*1]
Order, Supreme Court, Bronx County (John A. Howard-Algarin, J.), entered on or about February 24, 2025, which, to the extent appealed from as limited by the briefs, ordered nonparty Baker, McEvoy & Moskovits to substitute a representative for the deceased defendant Mohammad Javaid, unanimously reversed, on the law with costs, and the order vacated.
The court should not have ordered nonparty law firm—former counsel to deceased defendant Javaid—to substitute a representative for Javaid (see Wisdom v Wisdom, 111 AD2d 13, 14-15 [1st Dept 1985]). The death of a party terminates their attorney's power to act on their behalf (see Snipes v Schmidt, 166 AD3d 483, 483 [1st Dept 2018]; see also CPLR 1015[a]). The court's power in this circumstance was limited to the procedures outlined in CPLR 1021 (see CPLR 1021).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 4, 2026